\*\*E-filed 9/29/06\*\*

Liam Garland (State Bar No. 215466)
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (310) 484-9053
FAX: (213) 381-8555
EMAIL: lgarland@hrc-la.org
Attorney for Defendant and Counterclaimant

Robert A. Christopher (State Bar No. 215466)
Jack I. Siegal (State Bar No. 215466)
HOPKINS & CARLEY, a law corporation
70 South First Street
San Jose, CA  95113
TEL: (408) 286-9800
FAX: (408) 998-4790
Attorney for Plaintiff and Counterdefendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPARATIVE BIOSCIENCES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ANGIOGENEX, INC., et al.<br><br>Defendant. | Case No.: 06-CV-04152-JF<br><br>[The Hon. Jeremy Fogel]<br><br>**[PROPOSED] JOINT STIPULATION AND REQUEST TO CONTINUE THIS CASE'S INITIAL CASE MANAGEMENT CONFERENCE** |

Whereas Defendants and Counterclaimants Angiogenex Inc. ("AGX") removed this case to this Court on July 5, 2006;

Whereas AGX agreed and told Plaintiffs and Counterdefendants Comparative Biosciences Inc. ("CBI") to hold-off on their Reply due to AGX's intention to file an Amended Answer and Counterclaim;

Whereas AGX filed an Amended Answer and Counterclaim ("Amended Counterclaim") as of right on August 1, 2006;

JOINT STIPULATION AND REQUEST TO CONTINUE
THIS CASE'S INITIAL CASE MANAGEMENT CONFERENCE  - 1

1  Whereas AGX served CBI with the Amended Answer and Counterclaim by
2  mail on August 1, but CBI has no record of receiving it;
3  Whereas AGX and CBI learned of this issue with service in early September
4  and agreed that the Amended Counterclaim be deemed served as of September 11,
5  thus CBI's Reply is due October 2, 2006;
6  Whereas there is an initial case management conference set for this case on
7  October 13, 2006 and that conference triggers filings in advance of that hearing;
8  Whereas both parties agree that such filings would be premature and
9  inefficient considering CBI has not yet provided a Reply;
10  Whereas the parties are currently meeting-and-conferring in order to resolve
11  a dispute concerning ownership and possessory rights to genetically-unique mice,
12  but if not resolved the parties will submit it for resolution to this Court by way of
13  a motion for preliminary injunction or for declaratory relief;
14  Whereas it is more efficient for the Court and the parties to consolidate such
15  motion, if necessary, with the initial case management conference considering the
16  resolution of such motion will bear great weight on the parties' settlement
17  positions;
18  Whereas the parties believe that an initial case management conference
19  continued until December 1, 2006 will provide the parties adequate time to submit
20  substantive and meaningful pre-conference filings in a timeline in accord with this
21  Court's and the Local Rules; and also permit the parties to either resolve the
22  dispute regarding the genetically-unique mice or submit to this Court for
23  disposition either by preliminary injunctive or declaratory relief,
24  Whereas the parties do not submit this request for the purpose of delay, but
25  in order to actively prosecute and defend our respective clients' claims and
26  defenses;
27  ///
28  ///

1  IT IS SO stipulated between the parties that the initial case management
2  conference be continued until December 1, 2006.
3
4  Dated: 9/22/06                                /s/
                                    Liam Garland[1]
5                                   Attorney for Defendants and
6                                   Counterclaimants
7
8  Dated: 9/22/06                                /s/
                                    Robert Christopher
9                                   Attorney for Plaintiffs and
10                                  Counterdefendants
11
12 IT IS HEREBY ORDERED that the initial case management conference be
13 continued until December 1, 2006.
14
15
16 DATED:    9/29/06
17                                   _____
18                                   United States District Judge Jeremy Fogel
19
20
21
22
23
24
25
26 _____
27 [1] I hereby attest that I have on file all holograph signatures for any signatures
28 indicated by a "conformed" signature (/S/) within this efiled document.

JOINT STIPULATION AND REQUEST TO CONTINUE
THIS CASE'S INITIAL CASE MANAGEMENT CONFERENCE  - 3