1

2                                                                    **E-Filed 12/22/2006**

3

4

5

6

7

8                              NOT FOR CITATION

9              **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                           **SAN JOSE DIVISION**

12

COMPARATIVE BIOSCIENCES, INC.,            Case Number C 06-04152 JF (HRL)

13
                           Plaintiff,          ORDER[1] RE. MOTION FOR
14                                             PRELIMINARY INJUNCTION
              v.
15                                             [re: docket no. 12]
ANGIOGENEX, INC. et al.,
16
                          Defendants.
17

18

19        Defendant and cross-claimant AngioGenex, Inc. ("AGX") moves for a preliminary

20   injunction.  Plaintiff and cross-defendant Comparative Biosciences, Inc. ("CBI") opposes the

21   motion.  For the reasons discussed below, the Court will dispose of the motion as set forth below.

22                                 **I. BACKGROUND**

23        This case involves a dispute about the breeding of special laboratory mice to genetic

24   specifications, and the housing and physical possession of the mice ("the physical mice").[2]  On

25   _____

26        [1] This disposition is not designated for publication and may not be cited.

27        [2] The Court will refer to the actual, physical mice whose ownership is contested as "the
     physical mice" in an effort to distinguish ownership of the mice as an object from more extensive
28   ownership rights, such as rights to perform certain experiments on the mice or rights to the

1   May 26, 2006, CBI filed the instant action in Santa Clara Superior Court.  CBI alleged that in or

2   around June 2002, the parties entered into a series of project agreements whereby "Plaintiff, in

3   consideration for cash payments, agreed (1) to breed special laboratory mice according to genetic

4   specifications provided by Defendants, and/or each of them ('the Mice'), (2) to house and

5   maintain the Mice, (3) to provide the Mice at the direction of Defendants, and/or each of them, to

6   Defendants, and/or each of them, and/or to third-parties for use in biotechnology-related studies,

7   (4) to perform genotyping for certain gene expression in the Mice by using a method provided by

8   AngioGenex and blood smear analysis for certain other genotype identification of the Mice, and

9   (5) other technical and project-related consulting services for Defendants, and/or each of them."

10  Complaint ¶ 7.  CBI alleges that each project agreement is governed by California law.  *Id.* ¶ 8.

11          CBI asserts two claims for relief in the complaint.  First, it alleges that AGX breached the

12  project agreements between the parties, and that AGX owes CBI $233,287.72 as of May 15,

13  2006.  *Id.*  Second, CBI brings a claim for declaratory relief, alleging that:

14          [a]n actual controversy has arisen and now exists between the parties concerning
            their respective rights and duties under the Project Agreements, including without
15          limitation the ownership and control of bred and housed, but unpaid-for Mice, and
            pursuant to a grant from the National Institute of Health, 1 R43EY015385-01A1
16          To Treat Some Ocular Diseases with Id1/ID3 Inhibitors . . . .  For example,
            Defendants have asserted that if Plaintiff proceeds unilaterally with the Grant
17          Work, including in vivo studies with the subject Mice, then Plaintiff is in
            violation of Defendants' purported ownership rights in the Mice and in breach of
18          its Grant Work obligations to Defendants.  Plaintiff, on the other hand, contends
            that it possesses, under both the Project Agreements and in equity, the right to
19          insist on payment of housing and related charges before delivering the Mice, and
            that its proceeding with the Grant Work is neither a breach of contract nor a
20          violation of any ownership or other right of Defendants.

21  *Id.* ¶ 16.

22          On July 5, 2006, AGX removed the action to this Court.  On August 1, 2006, AGX filed

23  an amended answer and counterclaim, asserting breach of contract by CBI and seeking

24  declaratory relief on its own behalf.  On September 29, 2006, CBI answered the amended

25  counterclaim.  On October 27, 2006, AGX moved for a preliminary injunction ordering CBI to

26  return the breeding pairs of AGX's proprietary mice.  CBI opposes the motion.  The Court heard

27  _____

28  intellectual property associated with the specific genetic makeup of the mice.

                                                    2

1 | oral argument on December 22, 2006.

## II. DISCUSSION

3 |      AGX states in its papers and represented at oral argument that the recovery of three pairs
4 | of breeding mice from CBI is crucial to its continued business and its pursuit of cancer
5 | treatments.  CBI represented at oral argument that it would be willing to transfer possession of
6 | the mice to AGX if AGX were to deposit the sum of $233,287.72, the amount contested in this
7 | litigation, with the Court.

8 |      AGX represented at oral argument that it could provide the amount of $233,287.72 in the
9 | form of a bond.  The Court concludes that the submission of appropriate security to the Court,
10 | with CBI possessing a right to review the security, is an appropriate resolution to the instant
11 | motion.  The Court reaches this conclusion without prejudice to any of the legal arguments in the
12 | underlying legal action.  CBI shall not be responsible under this order for shipping the mice to
13 | AGX, although the Court reaches no conclusion regarding any underlying dispute about the
14 | parties' respective obligations or rights to pay for transportation costs.

## III. ORDER

16 |      Good cause therefor appearing, IT IS HEREBY ORDERED that:

17 | 1.    AGX shall submit security to the Court in the form of a bond or other comparable
18 |       instrument in the amount of $233,287.72 on or before January 12, 2007.  AGX shall
19 |       provide CBI with notice of the details of such security.

20 | 2.    CBI shall file any objection to the form or adequacy of the security within five (5) days
21 |       after receiving notice thereof.

22 | 3.    In the event that CBI does not object to the form or adequacy of the security, CBI shall
23 |       take all reasonable steps to allow AGX to obtain the three breeding pairs from CBI on or
24 |       before January 26, 2007, or a later date more suitable to AGX.

Case No. C 06-04152 JF (HRL)
ORDER  RE. MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)

1    DATED: December 22, 2006.

2

3

4                                                    _____
                                                     JEREMY FOGEL
                                                     United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

Case No. C 06-04152 JF (HRL)
ORDER  RE. MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)

1   This Order has been served upon the following persons:

2   Suzanne Yoshiye Nishika Bonotto          sbonotto@hopkinscarley.com,
                                             kmadrid@hopkinscarley.com
3

4   Robert A. Christopher                    rchristopher@hopkinscarley.com,
                                             ihernandez@hopkinscarley.com

5   Liam J Garland                           lgarland@hrc-la.org

6   Jack I. Siegal                           jsiegal@hopkinscarley.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 06-04152 JF (HRL)
ORDER  RE. MOTION FOR PRELIMINARY INJUNCTION
(JFLC1)