\*\*E-filed 3/22/07\*\*

LIAM J. GARLAND  (State Bar No. 215466)
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (310) 484-9053
FAX: (213) 381-8555
EMAIL: lgarland@hrc-la.org
Attorney for Defendant and Counterclaimant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPARATIVE BIOSCIENCES, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>ANGIOGENEX, INC., et al.<br><br>        Defendant. | Case No.: 06-CV-04152-JF<br><br>[The Hon. Jeremy Fogel]<br><br>**REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FRIDAY, MARCH 23, 2007 AT 10:30 AM** AND ORDER |

Counsel for Defendant and Counterclaimant Angiogenex, a non-California corporation, hereby requests that its counsel be permitted to appear by telephone for the above-referenced further case management conference on Friday, March 23, 2007, at 10:30 am. Counsel is located in Los Angeles and is currently working reduced hours to provide care for his newborn.

Plaintiff's counsel is not opposed to such an appearance.

Dated: March 16, 2007                           Respectfully Submitted,

                                                                /s/
                                                                Liam Garland
                                                                Attorney for Defendant and
                                                                Counterclaimant Angiogenex, Inc.

3/22/07  IT IS SO ORDERED.  Judge Jeremy Fogel
The parties are directed to call Court Call in advance of the hearing to schedule appearance. Court Call can be reached at 866-582-6878.

REQUEST TO APPEAR BY TELEPHONE