LIAM J. GARLAND  (State Bar No. 215466)  efiled 6/7/07
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (310) 484-9053
FAX: (213) 381-8555
EMAIL: lgarland@hrc-la.org
Attorney for Defendant and Counterclaimant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPARATIVE BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGIOGENEX, INC., et al. <br><br> Defendant. | Case No.: 06-CV-04152-JF <br><br> [The Hon. Jeremy Fogel] <br><br> **REQUEST TO APPEAR BY TELEPHONE AT FURTHER CASE MANAGEMENT CONFERENCE CURRENTLY SET FOR FRIDAY, JUNE 8, 2007 AT 10:30 AM** |

Counsel for Defendant and Counterclaimant Angiogenex, a non-California corporation, hereby requests that its counsel be permitted to appear by telephone for the above-referenced further case management conference on Friday, June 8, 2007, at 10:30 am. Counsel is located in Los Angeles and is currently working reduced hours to provide care for his newborn.

Plaintiff's counsel is not opposed to such an appearance.

Dated: June 5, 2007             Respectfully Submitted,

Dated: June 7, 2007

IT IS SO ORDERED.                            /s/
                                     Liam Garland
                                     Attorney for Defendant and
                                     Counterclaimant Angiogenex, Inc.

Jeremy Fogel, U.S. District Judge

REQUEST TO APPEAR BY TELEPHONE