LIAM J. GARLAND  (State Bar No. 215466)
520 S. Virgil Ave., Suite 400
Los Angeles, CA 90020
TEL: (310) 484-9053
FAX: (213) 381-8555
EMAIL: lgarland@hrc-la.org
Attorney for Defendant and Counterclaimant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMPARATIVE BIOSCIENCES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ANGIOGENEX, INC., et al. <br><br> Defendant. | Case No.: 06-CV-04152-JF <br><br> [The Hon. Jeremy Fogel] <br><br> **[~~PROPOSED~~] JOINT STIPULATION AND REQUEST TO ALTER THE BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

Whereas, Plaintiff's Motion for Summary Judgment is scheduled for hearing October 5, 2007;

Whereas, the Parties wish in all events to retain the October 5, 2007 date, but if possible extend the briefing schedule on their Opposition and Reply papers by no more than two business days;

Whereas, Defendants' Opposition currently is to be filed by Friday, September 14, 2007, and Plaintiff's Reply by Friday, September 21, 2007;

Whereas, the Parties conditionally request that the due date for filing and serving Defendant's Opposition be extended to Monday, September 17, 2007, and the due date for filing and serving Plaintiff's Reply be extended to Tuesday, September 25, 2007; service on opposing counsel to be made by e-mail or personal delivery.

1  IT IS SO STIPULATED between the parties.

2

3  Dated: September 10, 2007

          /s/
Robert Christopher
HOPKINS & CARLEY, a law firm
Attorney for Plaintiff and
Counterdefendant Comparative
Biosciences, Inc.

Dated: September 10, 2007

          /s/
Liam Garland
Attorney for Defendant and
Counterclaimant Angiogenex, Inc.

IT IS HEREBY ORDERED that the due date for filing and serving Defendant's Opposition be extended to Monday, September 17, 2007, and the due date for filing and serving Plaintiff's Reply be extended to Tuesday, September 25, 2007; service on opposing counsel to be made by e-mail or personal delivery.

DATED: 9/11/07

United States District Judge Jeremy Fogel

JOINT STIPULATION AND REQUEST TO ALTER BRIEFING SCHEDULE